March 31, 2015

Jeffrey D. Kyle
Third Court of Appeals
P.O. Box 12547


Re: Cause No. D-1-GN-12-000983
    Court of Appeals Cause No. : 03-15-0025-CV

Style:  Lake Travis Transitional, LTCH v. Lakeway Regional Medical Center,
    LLC, et al


Dear Mr. Kyle:

I am requesting an additional 30 days to prepare and file the reporter's record in the above-entitled and numbered cause.  I have been in and out of the office for the last three weeks caring for my mother who has been diagnosed with a cancerous brain mass, getting her to numerous doctors' appointments. We are doing pre-op appointments this week and she will undergo surgery on April 6 to remove brain mass, and will require my full-time care for the following two weeks.  I will use sick leave or possible FMLA.  I am currently working on this record and I have an additional 3-day termination trial that I was informed of yesterday has been appealed.  That record is expedited so I will need to stop working on this one to have the termination trial filed.   I expect the record to be approximately 30 volumes in the above-entitled case.


/s/ LaSonya Thomas
Official Court Reporter
512.497.9986